UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Barbara Mandelstein, et al.
                    Plaintiff,

v.                                    Case No.: 1:17−cv−09216
                                      Honorable Robert M. Dow Jr.

Linda Rukin, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 17, 2018:

MINUTE entry before the Honorable Robert M. Dow, Jr: Linda Rukin's motion for sanctions [48] is taken under advisement; responses due by 1/17/2019; replies due by 12/31/2018; the Court will issue a ruling by mail. Notice of motion date of 12/18/20918 is stricken and and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.